IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN JOHN GONZALES,

    Petitioner,

    v.                                                No. 14-cv-0200 KG/SMV

JOHN SANCHEZ, et al.,

    Respondents.

## ORDER TO FILE ANSWER

THIS MATTER is before the Court on Petitioner's petition under 28 U.S.C. § 2254 for writ of habeas corpus, *see* 28 U.S.C. § 2254 R. 4, and the Court having determined that the petition may not be subject to summary dismissal, will order Respondents to answer.

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward copies of this Order and the petition to Respondents;

**IT IS FURTHER ORDERED** that Respondents answer the petition **within thirty (30) days from entry of this Order**. Respondents' answer shall advise, but not be limited to, whether Petitioner has exhausted his state court remedies as to the issues raised in the federal petition. In each case, Respondents shall attach to their answer copies of any pleading pertinent to the issue of exhaustion which was filed by Petitioner in the sentencing court, the state district court, the state court of appeals and the state supreme court, together with copies of all memoranda filed by both parties in support of or in response to those pleadings. Respondents shall also attach to the answer copies of all state court findings and conclusions, docketing statements, and opinions issued in Petitioner's state court post-conviction or appellate

proceedings. In the event Respondents deny exhaustion, Respondents shall identify the state procedures currently available to Petitioner given the nature of Petitioner's claims and their procedural history.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**