IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN JOHN GONZALES,

    Petitioner,

    v.                              No. 14-cv-0200 KG/SMV

JOHN SANCHEZ, et al.,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 14] ("PF&RD"), issued on June 25, 2014. On reference by the Court, [Doc. 4], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended denying Petitioner's Petition [Doc. 1] and dismissing this action without prejudice because Petitioner had failed to exhaust available state remedies on all of his claims. [Doc. 18] at 17. On July 31, 2014, the Court received a letter from Petitioner indicating that he had no objections to Judge Vidmar's findings or recommended disposition. [Doc. 15] at 1.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 14] are **ADOPTED**.

**IT IS FURTHER ORDERED** that the Petition [Doc. 1] is **DENIED** and that this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE